# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JAMIE MAY, individually, and behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>FIA LIQUIDATION COMPANY, INC. d/b/a FIORELLA INSURANCE AGENCY, INC.,<br><br>   Defendant. | Case No. 6:21-cv-01997-CEM-GJK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JAMIE MAY, and Defendant, FIA LIQUIDATION COMPANY, INC. d/b/a FIORELLA INSURANCE AGENCY, INC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against FIA LIQUIDATION COMPANY, INC. d/b/a FIORELLA INSURANCE AGENCY, INC. The parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party agrees to bear its own attorney's fees and costs.

Dated: November 15, 2022                              Respectfully Submitted,

JAMIE MAY                                             FIA LIQUIDATION COMPANY,
                                                      INC. d/b/a FIORELLA INSURANCE
*/s/ Alexander J. Taylor*                             AGENCY, INC.,
Alexander J. Taylor, Esq.
Florida Bar No. 1013947                               */s/ Ian M. Ross*
Sulaiman Law Group, Ltd.                              IAN M. ROSS
2500 South Highland Avenue,                           Florida Bar No. 091214

<div style="display: flex;">
<div>

Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

</div>
<div>

iross@sidley.com
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Dr
Suite 900
Miami, FL 33131
Telephone: (305) 391-5218
*Counsel for Defendant*

</div>
</div>

## CERTIFICATE OF SERVICE

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*